## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-03260 |
| | ) | |
| J. TERRY HEATH and | ) | Chapter 7 |
| SUSAN K. HEATH, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | **Hearing Date:** April 16, 2014 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Courtroom:** 744 |

### COVER SHEET FOR FIRST AND FINAL APPLICATION OF
### FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

| | |
|---|---|
| Name of Applicant: | FrankGecker, LLP |
| Authorized to Provide Professional Services to: | Miriam R. Stein, Chapter 7 Trustee of the Estate of J. Terry Heath and Susan K. Heath |
| Period for Which Compensation is Sought: | March 4, 2013 through March 31, 2014 |
| Amount of Fees Sought: | $ 8,975.00 |
| Amount of Expense Reimbursement Sought: | $ 34.72 |
| This is a: | First and Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{STEIN/HEATH/00037993.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-03260 |
| | ) | |
| J. TERRY HEATH and | ) | Chapter 7 |
| SUSAN K. HEATH, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | **Hearing Date:   April 16, 2014** |
| | ) | **Hearing Time:   9:30 a.m.** |
| | ) | **Courtroom:        744** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **April 16, 2014**, at **9:30 a.m.**, we shall appear before the Honorable Eugene R. Wedoff A. Doyle, or such other judge as may be sitting in his stead, in Courtroom 744 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **First and Final Application of FrankGecker LLP as Counsel to Miriam R. Stein, Chapter 7 Trustee of the Bankruptcy Estate of J. TERRY HEATH and SUSAN K. HEATH, for Compensation and Reimbursement of Expenses** which was previously served upon you.

Dated:  March 28, 2014

                                                Respectfully submitted,

                                                FRANKGECKER LLP

                                                By:   */s/ Zane L. Zielinski*
                                                        One of its attorneys

Zane L. Zielinski (IL ARDC #6278776)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{STEIN/HEATH/00037993.DOC/}

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 13-03260 |
| | ) | |
| J. TERRY HEATH and | ) | Chapter 7 |
| SUSAN K. HEATH, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |

### FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP
### AS COUNSEL TO MIRIAM R. STEIN, CHAPTER 7 TRUSTEE OF
### THE BANKRUPTCY ESTATE OF J. TERRY HEATH AND SUSAN K. HEATH
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

FrankGecker LLP, counsel to Miriam R. Stein, the Chapter 7 Trustee (the "Trustee"), of the estate of J. Terry Heath and Susan K. Heath, (the "Debtors"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $8,975.00 for legal services performed as counsel to the Trustee during the period of March 4, 2013 through and including March 31, 2014 (the "Application Period") and reimbursement of expenses totaling $34.72 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

### INTRODUCTION

1. On January 29, 2013 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 7 of the Title 11 of the U.S. Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Miriam R. Stein ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the Case.

{STEIN/HEATH/00037993.DOC/}　　　1

3.  The Trustee chose FrankGecker LLP ("FG") as her counsel in the Case and on March 27 2013, this Court entered an order authorizing the Trustee to retain FG and Mr. Zielinski as her counsel retroactive to March 4, 2013.

4.  Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5.  The Section 341 meeting of creditors was held on February 28, 2013 (the "341 Meeting").

6.  On May 22, 2013, this Court entered an order [Docket No. 29] (the "Sale Order") authorizing the sale (the "Sale") of residential real estate, located at 1184 Forrest, Lake George, Michigan 48633 (the "Real Estate") that the Debtors own jointly with Pamela J. Leonard ("Leonard"), Mr. Heath's sister.

7.  Pursuant to the terms of Sale Order, Leonard agreed to purchase the estate's interest in the Property for $40,000.00 within six months of the Sale Order. In the event that the Sale did not close within six months, the Trustee had the right to market the Property.

8.  The Sale has since closed and FG netted $40,000.00 in funds to the estate.

9.  This Application seeks allowance of all fees and expenses incurred by FG from March 4, 2013 through and including March 31, 2014. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I.  **SERVICES PERFORMED**

A.  **Administration** $292.00

FG spent 0.80 hours on issues relating to preparing a memorandum to the Trustee regarding tax issues and payment of the administrative claim.

B.  **Claims** $2,415.00

FG spent 6.20 hours relating to negotiating damage repairs to real estate, drafting, filing and appearing in court to approve an administrative claim to Leonard.

C.  **Retention of Professionals/Fee Applications** $2,253.00

FG spent 8.60 hours relating to drafting, filing and appearing in court to employ Trustee's counsel, real estate broker and accountant. Within this matter, FG spent 2.80 hours reviewing time and billing invoices and preparing this first and final fee application at a cost of $790.00, which is approximately 8.8% of the fees sought in this final fee application.

D.  **Sale of Assets** $4,015.00

FG spent 11.00 hours relating to the sale of real estate located at 1184 Forrest, Lake George, Michigan which netted the estate $40,000.00.

II. **ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE**

Micah R. Krohn (MRK) is senior counsel at F/G. Mr. Krohn graduated from the Cardozo School of Law in 1992 and served as law clerk to the Hon. Erwin I. Katz. Mr. Krohn has been involved in the day-to-day representation of the Trustee.

Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the

Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

Christina S. Smith (CSS) is a bankruptcy paralegal at FrankGecker. Ms. Smith assisted counsel in case research and case administration.

Christina Carpenter (CC) is a bankruptcy paralegal at FrankGecker. Ms. Carpenter assisted counsel in case research and case administration.

### III. CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from March 4, 2013 through and including March 31, 2014. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the Case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **26.60** hours providing necessary legal services for the Trustee. The compensation requested in this application is **$8,975.00** for actual, necessary legal services performed **(Exhibit A)**. The average hourly rate is **$337.41**. In addition, FG has expended the sum of **$34.72** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are at a reduced rate in order to allow a distribution to the claimants in this Case. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached **Exhibit A**. For purposes of this Application, counsel has used four categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A.     Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of $8,975.00;

B. Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of $34.72; and

C. Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $9,009.72.

Dated: March 28, 2014            Respectfully submitted,

FRANK/GECKER LLP

By: /s/ *Zane L. Zielinski*
        One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{STEIN/HEATH/00037993.DOC/}      6

## CERTIFICATE OF SERVICE

I, Zane L. Zielinski, an attorney, hereby certify that on **March 28, 2014**, a true and correct copy of the **FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP AS COUNSEL TO MIRIAM R. STEIN, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF J. TERRY HEATH AND SUSAN K. HEATH FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** was filed electronically. Notice of the filing, together with a true and correct copy of the motion, will be automatically served upon all parties who are named the attached Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, true and correct copies were served upon the parties listed on the attached Manual Service List via first class U.S. mail, postage prepaid.

By: _/s/ Zane L. Zielinski_

# Mailing Information for Case 13-03260

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kenneth W Bach    kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
- Peter C Bastianen    ND-Four@il.cslegal.com
- Toni Dillon    tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
- Michael J Gunderson    bankruptcy@chicago.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Miriam R Stein    mstein@chuhak.com, kgord@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com

{STEIN/HEATH/00037993.DOC/}

## Manual Service List for Case No. 13 B 03260

Everdry of Greater Grand Rapids
5273 Division Avenue
Wyoming, MI 49548

Nationstar Mortgage LLC
1416 28th Street, Suite 450
West Des Moines, IA 50266-1419

Toni Dillon
PIERCE & ASSOCIATES, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
*Counsel for Nationstar Mortgage LLC*

Peter C. Bastianen
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
*Counsel for Wells Fargo Bank, N.A.*

American Express Centurion Bank
c/o Becker and Lee LLP
P.O. Box 3001
Malvern, PA 19366-0701

Bank of America, N.A.
P.O. Box 660933
Dallas, TX 75266-0933

Bank of America, N.A.
4161 Piedmont Parkway
Greensboro, NC 27410-8119

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Chase Bank USA, NA
P.O. Box 15298
Wilmington, DE 19850-5298

eCAST Settlement Corporation,
assignee of Chase Bank USA, N.A.
P.O. Box 29262
New York, NY 10087-9262

Enhanced Recovery Co L
8014 Bayberry Road
Jacksonville, FL 32256-7412

GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704-4622

Green Tree Servicing L
332 Minnesota Street, Suite E610
Saint Paul, MN 55101-1311

Graebel Relocation Movers
16346 Airport Circle
Aurora, CO 80011-1558

Illinois Collection SE
8231 185th Street, Suite 100
Tinley Park, IL 60487-9356

Professional Adjustment Co.
14410 Metropolis Avenue
Fort Myers, FL 33912-4341

Seterus
14523 SW Millikan Way Street
Beaverton, OR 97005-2352

J. Terry Heath and Susan K. Heath
1107 Greenleaf Avenue, 3G
Wilmette, IL 60091-2783

{STEIN/HEATH/00037993.DOC/}

Amex
P. O. Box 297871
Fort Lauderdale, FL 33329-7871

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
*Counsel to Federal National Mortgage Association,*
*Creditor c/o Seterus, Inc.*

{STEIN/HEATH/00037993.DOC/}