**FILED**

APR 1 6 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 13 B 03260
J. TERRY HEATH and )
SUSAN K. HEATH, )
)
) Chapter 7
Debtors. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING
APPLICATION OF FRANKGECKER, LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE OF
FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $8,975.00 | TOTAL COSTS REQUESTED: | $34.72 |
| TOTAL FEES REDUCED: | $380.75 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $8,594.25 | TOTAL COSTS ALLOWED: | $34.72 |

**TOTAL FEES AND COSTS ALLOWED: $8,628.97**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)     Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency.  Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: April 16, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

Miriam R. Stein, Chapter 7 Trustee

Page    4

Invoice Dated:   March 27, 2014

---

**Regarding:**   **In re: J. Terry Heath and Susan K. Heath; Case No. 13-03260**

For Professional Services Rendered Through March 31, 2014
Per Attached Description:

Invoice #:   6139

| | | Hours | Amount |
|---|---|---|---|
| | Retention of Professionals/Fee Applications | | |
| 3/11/2013 | Review documents from real estate broker regarding retention (.2). <br> Zane L. Zielinski | 0.20 | $73.00 |
| 3/14/2013 | Draft and revise motion to employ FrankGecker as Trustee's counsel, as well as Affidavit of Frances Gecker, service list and proposed order. <br> Christina S. Smith | 1.10 | $192.50 |
| 3/14/2013 | File and serve motion to employ FrankGecker as Trustee's counsel. <br> Christina S. Smith | 0.20 | $35.00 |
| 4/8/2013 | Draft and revise motion to employ real estate broker. <br> Christina S. Smith | 1.50 | $262.50 |
| 4/8/2013 | Review motion to retain broker. <br> Zane L. Zielinski | 0.20 | $73.00 |
| 4/17/2013 | Prepare for and appear in court on motion to retain (1.0). <br> Zane L. Zielinski | 1.00 | $365.00 |
| 10/28/2013 | Draft Motion to Employ Accountant and draft order. <br> Christina Carpenter | 0.60 | $87.00 |
| 3/19/2014 | Draft first and final fee application. <br> Zane L. Zielinski | 1.50 | $562.50 |
| 3/27/2014 | Review and revise first and final fee application of FrankGecker LLP (1.0); draft proposed order for same (.30). <br> Christina S. Smith | 1.30 | $227.50 |
| 3/31/2014 | (Estimated) Appear in court on final fee application. <br> Zane L. Zielinski | 1.00 | $375.00 |
| | **Total Charges This Matter** | 8.60 | $2,253.00 |

*(handwritten note near $562.50/$227.50: 790.00)*

*(handwritten calculations below:)*

$790 (fees for fee app)
――――――――――――――――――  = 9%   ②
$8185 (fees for other matters)

$8185 × .05 = $409.25 (max fee for fee app)

$790 − $409.25 = $380.75   deduction

− $380.75