UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-03260 |
| J. TERRY HEATH and SUSAN K. HEATH, | ) ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Fee Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $8,594.25; and

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $34.72.

Enter:  *[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  April 16, 2014

**Prepared by:**

Zane L. Zielinski (IL Bar No. 6278776)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.:  (312) 276-1400
Fax:  (312) 276-0035
zzielinski@fgllp.com