AMENDED Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-03260  
Debtor Name: J. TERRY HEATH  
Claims Bar Date: 8/1/2013

Date: April 28, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| FEE 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $4,175.47 | $4,175.47 |
| 100 2420 | PAMELA J. LEONARD<br>c/o Michael J. Gunderson<br>308 W. Erie, Suite 300<br>Chicago, IL 60654 | Administrative | Order dated 11/20/13. | $0.00 | $5,000.00 | $5,000.00 |
| 100 3210 | Frances Gecker<br>FrankGecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | Order dated 4/16/14 | $0.00 | $8,628.97 | $8,628.97 |
| 100 3410 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $1,888.90 | $1,888.90 |
| 100 3420 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $24.55 | $24.55 |
| 100 3510 | Janet K. Dunkle<br>Harrison Realty, Inc.<br>795 N. First Street<br>P.O. Box 499<br>Harrison, MI 48625 | Administrative | | $0.00 | $450.00 | $450.00 |
| 1 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $9,233.63 | $9,233.63 |
| 2 300 7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | | $0.00 | $4,113.94 | $4,113.94 |
| 3 400 4110 | Bank Of America, N. A.<br>Bank Of America, N.A.<br>P.O. Box 660933<br>Dallas, Tx 75266-0933 | Secured | CLAIM WITHDRAWN | $0.00 | $246,648.01 | $0.00 |
| | Case Totals | | | $0.00 | $280,163.47 | $33,515.46 |

AMENDED Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-03260
Debtor Name: J. TERRY HEATH
Claims Bar Date: 8/1/2013

Date: April 28, 2015

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)