**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
J. TERRY HEATH § Case No. 13-03260
SUSAN K. HEATH §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/02/2015 in Courtroom 744 (Judge Wedoff),

        Dirksen United States Courthouse
        219 S. Dearborn Street
        Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/28/2015      By: /s/ Miriam R. Stein
                                                       Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
J. TERRY HEATH § Case No. 13-03260
SUSAN K. HEATH §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 14,773.51 |
| leaving a balance on hand of[1] | $ | 25,226.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Bank Of America, N. A. | $ 246,648.01 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 25,226.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 4,175.47 | $ 0.00 | $ 4,175.47 |
| Attorney for Trustee Fees: Frances Gecker | $ 8,628.97 | $ 8,628.97 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,888.90 | $ 0.00 | $ 1,888.90 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 24.55 | $ 0.00 | $ 24.55 |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Janet K. Dunkle | $ 450.00 | $ 450.00 | $ 0.00 |
| Other: PAMELA J. LEONARD | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,088.92 |
| Remaining Balance | | $ | 19,137.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,347.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $ 9,233.63 | $ 0.00 | $ 9,233.63 |
| 2 | Ecast Settlement Corporation, Assignee | $ 4,113.94 | $ 0.00 | $ 4,113.94 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,347.57 |
| | Remaining Balance | | $ | 5,790.00 |

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 44.71 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,745.29 .

     Prepared By: /s/ Miriam R. Stein
                                      Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
J. Terry Heath
Susan K. Heath
    Debtors

Case No. 13-03260-ERW
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley                Page 1 of 2           Date Rcvd: Apr 29, 2015
                              Form ID: pdf006              Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
```
db            #+J. Terry Heath,    1107 Greenleaf Avenue, 3G,     Wilmette, IL 60091-2783
jdb           #+Susan K. Heath,    1107 Greenleaf Avenue, 3G,     Wilmette, IL 60091-2783
19972348       +AMEX,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
20699015        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19972349      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   BANK OF AMERICA, N.A.,    4161 PIEDMONT PKWY,    GREENSBORO, NC 27410)
21018944        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
19972350       +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
19972351       +Chase Bank USA, NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
19972353       +GMAC MORTGAGE,    PO BOX 4622,    WATERLOO, IA 50704-4622
19972354       +Graebel Relocation Movers,    16346 Airport Circle,    Aurora, CO 80011-1558
19972356       +ILLINOIS COLLECTION SE,    8231 185TH ST STE 100,    TINLEY PARK, IL 60487-9356
19972357        NATIONSTAR,    PO BOX 199111,    DALLAS, TX 75235
19972358       +PROFESSIONAL ADJMNT CO,    14410 METROPOLIS AVE,    FORT MYERS, FL 33912-4341
19972359       +SETERUS,    14523 SW MILLIKAN WAY ST,    BEAVERTON, OR 97005-2352
19972360      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   WELLS FARGO HM MORTGAG,    8480 STAGECOACH CIR,
                 FREDERICK, MD 21701)
20776561        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19972352       +E-mail/Text: bknotice@erccollections.com Apr 30 2015 01:21:34      ENHANCED RECOVERY CO L,
                 8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
19972355        E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2015 01:17:13      GREEN TREE SERVICING L,
                 332 MINNESOTA ST STE 610,    SAINT PAUL, MN 55101
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2015 at the address(es) listed below:
```
              Bryan D Hughes    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@FALLAW.com
              Kenneth W Bach    on behalf of Creditor    Federal National Mortgage Association    (Fannie Mae),
               creditor c/o Seterus, Inc. kennethb@johnsonblumberg.com,    bkecfnotices@johnsonblumberg.com
              Michael J Gunderson    on behalf of Debtor J. Terry Heath bankruptcy@chicago.com
              Michael J Gunderson    on behalf of Joint Debtor Susan K. Heath bankruptcy@chicago.com
              Miriam R Stein    mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Miriam R Stein    on behalf of Accountant Alan D Lasko & Associates mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    BANK OF AMERICA, N.A. ND-Four@il.cslegal.com
              Peter C Bastianen    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-Four@il.cslegal.com
```

```
District/off: 0752-1           User: mhenley                Page 2 of 2                   Date Rcvd: Apr 29, 2015
                               Form ID: pdf006              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Toni　Townsend　　on behalf of Creditor　　Nationstar Mortgage LLC toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com

                                                                                                                                   TOTAL: 10

Case 13-03260　　Doc 57　　Filed 04/29/15　　Entered 05/01/15 23:34:47　　Desc Imaged
Certificate of Notice　　Page 6 of 6