# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| J. TERRY HEATH | § | Case No. 13-03260 |
| SUSAN K. HEATH | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 560,400.00 *(Without deducting any secured claims)* | Assets Exempt: 123,008.00 |
| Total Distributions to Claimants: 13,392.28 | Claims Discharged Without Payment: 2,872.00 |
| Total Expenses of Administration: 20,862.43 | |

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,745.29 (see **Exhibit 2**), yielded net receipts of $ 34,254.71 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 246,648.01 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,862.43 | 20,862.43 | 20,862.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,667.00 | 13,347.57 | 13,347.57 | 13,392.28 |
| **TOTAL DISBURSEMENTS** | $ 16,667.00 | $ 280,858.01 | $ 34,210.00 | $ 34,254.71 |

4) This case was originally filed under chapter 7 on 01/29/2013. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2016          By: /s/Miriam R. Stein
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1184 Forest, Lake George, MI 48633 2BR 1BA Cottage 50% Inter | 1110-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HEATH and SUSAN K. H, J. TERRY | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 5,745.29 |
| J. TERRY HEATH and SUSAN K. HEATH | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 5,745.29** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bank Of America, N. A. | 4110-000 | NA | 246,648.01 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 246,648.01** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 4,175.47 | 4,175.47 | 4,175.47 |
| PAMELA J. LEONARD | 2420-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Associated Bank | 2600-000 | NA | 184.69 | 184.69 | 184.69 |
| Rabobank, N.A. | 2600-000 | NA | 509.85 | 509.85 | 509.85 |
| Frances Gecker | 3210-000 | NA | 8,628.97 | 8,628.97 | 8,628.97 |
| Alan D. Lasko | 3410-000 | NA | 1,888.90 | 1,888.90 | 1,888.90 |
| Alan D. Lasko | 3420-000 | NA | 24.55 | 24.55 | 24.55 |
| Janet K. Dunkle | 3510-000 | NA | 450.00 | 450.00 | 450.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,862.43 | $ 20,862.43 | $ 20,862.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE BANK USA, NA | | 400.00 | NA | NA | 0.00 |
| | ENHANCED RECOVERY - FOR AT&T | | 56.00 | NA | NA | 0.00 |
| | GRAEBEL RELOCATION MOVERS | | 2,000.00 | NA | NA | 0.00 |
| | ILLINOIS COLLECTION SE - ST. JOSEPH HOSPITAL | | 392.00 | NA | NA | 0.00 |
| | PROFESSIONAL ADJMNT CO. | | 24.00 | NA | NA | 0.00 |
| 1 | American Express Centurion Bank | 7100-000 | 9,432.00 | 9,233.63 | 9,233.63 | 9,233.63 |
| 2 | Ecast Settlement Corporation, Assignee | 7100-000 | 4,363.00 | 4,113.94 | 4,113.94 | 4,113.94 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Centurion Bank | 7990-000 | NA | NA | NA | 30.93 |
| | Ecast Settlement Corporation, Assignee | 7990-000 | NA | NA | NA | 13.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,667.00 | $ 13,347.57 | $ 13,347.57 | $ 13,392.28 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-03260 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | J. TERRY HEATH | | | | Date Filed (f) or Converted (c): | 01/29/2013 (f) |
| | SUSAN K. HEATH | | | | 341(a) Meeting Date: | 02/28/2013 |
| For Period Ending: | 01/05/2016 | | | | Claims Bar Date: | 08/01/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7555-59 Winged Foot Drive, Fort Myers, FL 33967, Duplex Buil | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. 10200 Heritage Bay Blvd., 111, Naples, FL 34112, Condominium | 260,000.00 | 53,666.00 | OA | 0.00 | FA |
| 3. 20011 Barletta Lane, 2115, Estero, FL 33928, Condominium | 90,000.00 | 73,687.00 | | 0.00 | FA |
| 4. 18588 Winter Haven Road, FT. Myers, FL 33912 | 115,000.00 | 96,258.00 | | 0.00 | FA |
| 5. 1184 Forest, Lake George, MI 48633 2BR 1BA Cottage 50% Inter | 105,000.00 | 105,000.00 | | 40,000.00 | FA |
| 6. Checking account with Wells Fargo Bank | 2,300.00 | 0.00 | | 0.00 | FA |
| 7. Checking account with First Bank & Trust of Evanston | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Checking account with The Private Bank | 500.00 | 0.00 | | 0.00 | FA |
| 9. Security Deposit with Landlord | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. Used household goods, furnishings, electronics | 800.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous books and pictures | 150.00 | 0.00 | | 0.00 | FA |
| 12. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 13. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 14. Whole Life Insurance Policy through Universal Life ($4,355.0 | 0.00 | 0.00 | | 0.00 | FA |
| 15. Term Life Insurance through Transamerica Insurance & Investm | 0.00 | 0.00 | | 0.00 | FA |
| 16. William Blair & Company - Pension, IRA Retirement accounts | 112,258.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Toyota Sienna 4D Pass Van | 8,500.00 | 5,400.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $788,408.00      $334,011.00      $40,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing of sale, and other action:

A FINAL REPORT HEARING HAS BEEN HELD IN THIS CASE AND DISBURSEMENT HAS BEEN MADE. WILL SUBMIT TDR.

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/31/2014    Current Projected Date of Final Report (TFR): 04/28/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-03260 | Trustee Name: Miriam R. Stein |
| Case Name: J. TERRY HEATH | Bank Name: Associated Bank |
| SUSAN K. HEATH | Account Number/CD#: XXXXXX8648 |
| | Checking |
| Taxpayer ID No: XX-XXX5418 | Blanket Bond (per case limit): |
| For Period Ending: 01/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx1466 | Transfer of Funds | 9999-000 | $25,411.18 | | $25,411.18 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.55 | $25,374.63 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.72 | $25,336.91 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.46 | $25,300.45 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.61 | $25,262.84 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.35 | $25,226.49 |
| 06/03/15 | 101 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,175.47 | $21,051.02 |
| 06/03/15 | 102 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Distribution | | | $1,913.45 | $19,137.57 |
| | | Alan D. Lasko | Final distribution representing a payment of 100.00 % per court order. ($1,888.90) | 3410-000 | | | |
| | | Alan D. Lasko | Final distribution representing a payment of 100.00 % per court order. ($24.55) | 3420-000 | | | |
| 06/03/15 | 103 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $9,264.56 | $9,873.01 |
| | | | ($30.93) | 7990-000 | | | |

| | | | Page Subtotals: | | $25,411.18 | $15,538.17 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-03260 | Trustee Name: | Miriam R. Stein |
| Case Name: | J. TERRY HEATH | Bank Name: | Associated Bank |
| | SUSAN K. HEATH | Account Number/CD#: | XXXXXX8648 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5418 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | American Express Centurion Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($9,233.63) 7100-000 | | | |
| 06/03/15 | 104 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $4,127.72 | $5,745.29 |
| | | | | ($13.78) 7990-000 | | | |
| | | Ecast Settlement Corporation, Assignee | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($4,113.94) 7100-000 | | | |
| 06/03/15 | 105 | J. TERRY HEATH and SUSAN K. HEATH | Distribution of surplus funds to debtor. | 8200-002 | | $5,745.29 | $0.00 |
| 10/21/15 | 105 | J. TERRY HEATH and SUSAN K. HEATH | Distribution of surplus funds to debtor. Reversal | 8200-002 | | ($5,745.29) | $5,745.29 |
| 10/21/15 | 106 | J. TERRY HEATH and SUSAN K. HEATH c/o Michael J. Gunderson The Gunderson Law Firm 308 W. Erie, Suite 300 Chicago, IL 60654 | Surplus Funds | 8200-002 | | $5,745.29 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $25,411.18 | $25,411.18 |
| Less: Bank Transfers/CD's | $25,411.18 | $0.00 |
| Subtotal | $0.00 | $25,411.18 |
| Less: Payments to Debtors | $0.00 | $5,745.29 |
| Net | $0.00 | $19,665.89 |

Page Subtotals:    $0.00    $9,873.01

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-03260 | Trustee Name: | Miriam R. Stein |
| Case Name: | J. TERRY HEATH | Bank Name: | Rabobank, N.A. |
| | SUSAN K. HEATH | Account Number/CD#: | XXXXXX1400 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5418 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-03260  
Case Name: J. TERRY HEATH  
                  SUSAN K. HEATH  
Taxpayer ID No: XX-XXX5418  
For Period Ending: 01/05/2016  

Trustee Name: Miriam R. Stein  
Bank Name: Rabobank, N.A.  
Account Number/CD#: XXXXXX1466  
                    Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/13 | 5 | Gundy Law | Sale of Debtor's interest in Michigan property | 1110-000 | $40,000.00 | | $40,000.00 |
| 09/30/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $55.61 | $39,944.39 |
| 10/17/13 | 101 | Harrison Realty, Inc.<br>c/o Janet Dunkle<br>795 N. First Street, P.O. Box 499<br>Harrison, MI 48625 | Professional Compensation | 3510-000 | | $450.00 | $39,494.39 |
| 10/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $63.03 | $39,431.36 |
| 11/21/13 | 102 | PAMELA J. LEONARD<br>c/o Michael J. Gunderson/Gunderson & Tharp<br>308 W. Erie, Suite 300<br>Chicago, IL 60654 | Reimbursement on House Damage | 2420-000 | | $5,000.00 | $34,431.36 |
| 11/29/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $52.93 | $34,378.43 |
| 12/31/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $56.31 | $34,322.12 |
| 01/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $51.01 | $34,271.11 |
| 02/28/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $46.00 | $34,225.11 |
| 03/31/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $47.58 | $34,177.53 |

Page Subtotals:            $40,000.00            $5,822.47

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-03260 | Trustee Name: | Miriam R. Stein |
| Case Name: | J. TERRY HEATH | Bank Name: | Rabobank, N.A. |
| | SUSAN K. HEATH | Account Number/CD#: | XXXXXX1466 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5418 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/14 | 103 | Frank Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Trustee Legal Fees | 3210-000 | | $8,628.97 | $25,548.56 |
| 04/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $52.43 | $25,496.13 |
| 05/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $39.56 | $25,456.57 |
| 06/30/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $35.39 | $25,421.18 |
| 07/02/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $10.00 | $25,411.18 |
| 07/02/14 | | Transfer to Acct # xxxxxx8648 | Transfer of Funds | 9999-000 | | $25,411.18 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $40,000.00 | $40,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $25,411.18 |
| Subtotal | $40,000.00 | $14,588.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,000.00 | $14,588.82 |

Page Subtotals: $0.00 $34,177.53

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1400 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX1466 - Checking | $40,000.00 | $14,588.82 | $0.00 |
| XXXXXX8648 - Checking | $0.00 | $19,665.89 | $0.00 |
|  | $40,000.00 | $34,254.71 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

Page Subtotals:    $0.00    $0.00